ROY TRUSWELL, Trading, etc., Respondent, v. CHARLES STOCK, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT C. MAYER and Another, Respondents, v. GEORGE E. LEARNARD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DINO MIRANDA, an Infant, by STEFANO MIRANDA, His Guardian ad Litem, Respondent, v. BENJAMIN LATORRACCA and Others, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAUL M. TREBITSCH, Respondent, v. HARRY AURACHER, Also Known as HARRY ARCHER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DEFOREST RADIO TELEPHONE AND TELEGRAPH COMPANY, Respondent, v. RADIO STORES CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DEFOREST RADIO TELEPHONE AND TELEGRAPH COMPANY, Respondent, v. TRIANGLE RADIO SUPPLY CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HERMAN FRISHMAN and Another, Appellants, v. THE TRAVELERS INDEMNITY COMPANY, HARTFORD, CONNECTICUT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Martin, J., dissents.

WILLIAM KOSSMAN, Respondent, v. MOSES SAMUELS and Others, Defendants, Impleaded with PALISADE SILK COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM KOSSMAN, Respondent, v. MOSES SAMUELS, Appellant, Impleaded with PALISADE SILK COMPANY, INC., and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WONDER BEVERAGE COMPANY, Respondent, v. WHISTLE COMPANY OF NEW YORK, INC., and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON KOFFLER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOLOMON BETTEN and Others v. WILLIAM A. TOBIAS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed within ten days from service of order. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.